Sophia M. Rios, CSB #305801
Email: srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300
Facsimile: (215) 875-4604

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PAULA SPARKMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, a foreign corporation, and CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | NO. 4:23-cv-02028-DMR<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY CUTOFF**<br><br>The Honorable Donna M. Ryu<br><br>CLASS ACTION |

## I.     STIPULATION

1.     The parties respectfully request a six-week extension of the existing discovery cutoff in this proposed class action. They request a two-week extension of the time to serve rebuttal expert reports.

2.     The Court set case management deadlines last August. ECF No. 43, 44. The parties sought and obtained a prior three-week extension of those deadlines. ECF No. 73. The schedule sets June 14, 2024, as the deadline for completion of non-expert discovery and June 18, 2024, as the due date for rebuttal expert reports.

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY CUTOFF - 1
Case No. 4:23-cv-02028-DMR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

3.  The parties have completed significant discovery in accordance with those deadlines. Plaintiff has propounded three sets of written discovery to Conduent and one set of written discovery to Comerica Bank. Conduent is producing documents on a rolling basis but its production of responsive documents is not yet complete.

4.  Defendants have propounded two sets of written discovery to Plaintiff, to which she has responded.

5.  Plaintiff has deposed five Conduent employees and Defendants have deposed Plaintiff.

6.  Each party has served its initial expert report.

7.  After completing her second round of Conduent employee depositions, Plaintiff noticed two additional Conduent employee depositions, Rule 30(b)(6) depositions of each Defendant, and the deposition of Defendants' expert. Plaintiff sent those notices more than two weeks before the current discovery cutoff. Despite the parties' cooperation in scheduling issues, they have not been able to schedule the noticed depositions in advance of the current discovery cutoff.

8.  In addition, Defendants' production of documents responsive to Plaintiff's written discovery requests is ongoing.

9.  Finally, Plaintiff has issued a subpoena and a public records request to the California Department of Child Support Services for the agency's documents relating to its contract with Defendants and its communications with Defendants. The agency has advised Plaintiff that it cannot complete its production of responsive documents by June 14, and will likely need until at least late July to complete the production.

10. In order to allow the parties to complete discovery, they request a six-week extension of the current discovery cutoff and two-week extension of the time to serve rebuttal

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY CUTOFF - 2
Case No. 4:23-cv-02028-DMR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

expert reports. The proposed extension of the discovery cutoff does not necessitate an extension of the due date for Plaintiff's motion for class certification or other case schedule deadlines.

11. This is the parties' second request for an extension of case scheduling deadlines.

12. There is good cause to grant the requested extension because despite their diligence the parties have not been able to complete discovery in advance of the current cutoff date. The parties have worked cooperatively to resolve discovery disputes, including the disputes raised in a joint letter submission to the Court (*see* ECF No. 75), and accommodate scheduling conflicts in completing discovery.

13. The parties believe that the requested extension can be approved without the need to change the trial date, though they leave that decision to the Court.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| All Non-Expert Discovery Completed | 6/14/2024 | 7/26/2024 |
| Rebuttal experts disclosed and reports provided | 6/18/2024 | 7/2/2024 |
| All discovery from experts completed by | 7/18/2024 | 7/26/2024 |
| Class certification motion filed | 7/19/2024 | Unchanged |
| Opposition to class certification motion | 8/16/2024 | Unchanged |
| Reply to class certification motion | 8/30/2024 | Unchanged |
| Hearing on class certification motion | 10/24/2024 at 1:00 p.m. | Unchanged |
| Last day for hearing dispositive motions | 1/9/2025 at 1:00 p.m. | Unchanged |
| Pretrial Conference | 2/19/2025 at 3:00 p.m. | Unchanged |
| Jury Trial | 3/3/2025 at 9:00 a.m. | Unchanged |

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY CUTOFF - 3
Case No. 4:23-cv-02028-DMR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1     STIPULATED TO AND DATED this 13th day of June, 2024.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | HOLLAND & KNIGHT LLP |
| By: /s/ Blythe H. Chandler<br>Beth E. Terrell, CSB #178181<br>Email: bterrell@terrellmarshall.com<br>Blythe H. Chandler, *Admitted Pro Hac Vice*<br>Email: bchandler@terrellmarshall.com<br>Jasmin Rezaie-Tirabadi, *Admitted Pro Hac Vice*<br>Email: jrezaie@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br><br>Sophia M. Rios, CSB #305801<br>Email: srios@bm.net<br>BERGER MONTAGUE PC<br>8241 La Mesa Blvd., Suite A<br>La Mesa, California 91942<br>Telephone: (619) 489-0300<br><br>Daniel A. Schlanger, *Admitted Pro Hac Vice*<br>Email: dschlanger@consumerprotection.net<br>SCHLANGER LAW GROUP LLP<br>80 Broad Street, Suite 1301<br>New York, New York 10016<br>Telephone: (212) 500-6114<br><br>*Attorneys for Plaintiff and the Proposed Class* | By: /s/ John C. Grugan<br>John C. Grugan, *Admitted Pro Hac Vice*<br>Email: john.grugan@hklaw.com<br>1650 Market Street, Suite 3300<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 252-9610<br><br>Mitchell Turbenson, CSB #346024<br>Email: turbensonm@ballardspahr.com<br>BALLARD SPAHR LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, California 90067<br>Telephone: (424) 204-4400<br><br>Jenny N. Perkins, *Admitted Pro Hac Vice*<br>Email: perkinsj@ballardspahr.com<br>Colin P. Kane, *Admitted Pro Hac Vice*<br>Email: kanec@ballardspahr.com<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 665-8500<br><br>*Attorneys for Defendants Comerica Bank and Conduent State & Local Solutions, Inc.* |

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY CUTOFF - 4
Case No. 4:23-cv-02028-DMR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**LOCAL RULE 5-1(h)(3) STATEMENT**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this document as required under the local rules.

DATED this 13th day of June, 2024.

                TERRELL MARSHALL LAW GROUP PLLC

                By: /s/ Blythe H. Chandler
                     Blythe H. Chandler, *Admitted Pro Hac Vice*
                     Email: bchandler@terrellmarshall.com
                     936 North 34th Street, Suite 300
                     Seattle, Washington 98103-8869
                     Telephone: (206) 816-6603
                     Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY CUTOFF - 5
Case No. 4:23-cv-02028-DMR

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

IT IS SO ORDERED. The case scheduling deadlines are reset to the following:

| Event | Deadline |
|---|---|
| Rebuttal experts disclosed and reports provided | 7/2/2024 |
| Complete all discovery, including expert discovery | 7/26/2024 |
| Class certification motion filed | 7/19/2024 |
| Opposition to class certification motion | 8/16/2024 |
| Reply to class certification motion | 8/30/2024 |
| Hearing on class certification motion | 10/24/2024 at 1:00 p.m. |
| Last day for hearing dispositive motions | 1/9/2025 at 1:00 p.m. |
| Pretrial Conference | 2/19/2025 at 3:00 p.m. |
| Jury Trial | 3/3/2025 at 9:00 a.m. |

DATED this 17th day of June, 2024.



THE HONORABLE DONNA M. RYU
Chief Magistrate Judge

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY CUTOFF - 6
Case No. 4:23-cv-02028-DMR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CERTIFICATE OF SERVICE

I, Blythe H. Chandler, hereby certify that on June 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all registered CM/ECF users:

Mitchell Turbenson, CSB #346024
Email: turbensonm@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone: (424) 204-4400

Jenny N. Perkins, *Admitted Pro Hac Vice*
Email: perkinsj@ballardspahr.com
Colin P. Kane
Email: kanec@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-8500

John C. Grugan, *Admitted Pro Hac Vice*
Email: john.grugan@hklaw.com
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone: (215) 252-9610

*Attorneys for Defendants Comerica Bank and Conduent State & Local Solutions, Inc.*

DATED this 13th day of June, 2024.

By: /s/ Blythe H. Chander
Blythe H. Chandler, *Admitted Pro Hac Vice*

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY CUTOFF - 7
Case No. 4:23-cv-02028-DMR

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com