Sophia M. Rios, CSB #305801
Email: srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300
Facsimile: (215) 875-4604

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PAULA SPARKMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, a foreign corporation, and CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | NO. 4:23-cv-02028-DMR<br><br>**STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES**<br><br>The Honorable Donna M. Ryu<br><br>CLASS ACTION |

## I.   STIPULATION

1. The parties respectfully request an extension of certain deadlines in order to allow for ongoing and advanced settlement discussions and completion of discovery.

2. The Court set case management deadlines last August. ECF No. 43, 44. The parties sought and obtained two prior extensions and a stay of deadlines. ECF No. 73, 78, and 82. The current schedule set December 6, 2024, as the deadline for completion of all discovery, including expert discovery.

3. The case schedule set November 22, 2024, as the deadline for Plaintiff's class certification motion. Plaintiff filed her motion for class certification on that date. The class certification briefing schedule requires Defendants to file their opposition on December 20 and

STIPULATED MOTION AND ORDER TO EXTEND
CASE DEADLINES - 1
Case No. 4:23-cv-02028-DMR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  Plaintiff's reply to be filed on January 3, 2025. The motion for class certification is set for
2  hearing on January 23, 2025 at 1 p.m.

3        4.      The parties have completed significant discovery in accordance with the case
4  schedule deadlines. Plaintiff has propounded three sets of written discovery to Conduent and one
5  set of written discovery to Comerica Bank. Conduent agreed to produce documents on a rolling
6  basis, but its production of responsive documents is not yet complete.

7        5.      Defendants have propounded two sets of written discovery to Plaintiff, to which
8  she has responded.

9        6.      Each party served an initial expert report. All expert report deadlines have passed.
10 The parties do not seek additional time for expert reports, except that Plaintiff's expert may
11 supplement his report to incorporate additional claim denial data into his current analysis.

12       7.      Plaintiff has deposed five Conduent employees and Defendants' expert.
13 Defendants have deposed Plaintiff.

14       8.      The parties participated in mediation on November 11, 2024, but the mediation
15 was unsuccessful. ECF No. 88. The parties continued to discuss potential resolution of the case
16 and on December 6, 2024, Defendants made a further offer of settlement.

17       9.      Plaintiff noticed Rule 30(b)(6) depositions of each Defendant and Defendants'
18 have noticed the deposition of Plaintiff's expert. The parties seek an extension of the discovery
19 cutoff to complete this noticed discovery.

20       10.      Specifically, Plaintiff originally noticed Rule 30(b)(6) depositions of both
21 Defendants in May—before the parties agreed to mediate. Plaintiff re-issued those notices on
22 November 12, 2024, immediately after the unsuccessful mediation, but Defendants' witnesses
23 were unavailable under December 9 and 10. On December 6, the parties agreed to delay those
24 depositions in order to allow Plaintiff to consider Defendants' offer of settlement.

25       11.      Defendants noticed the deposition of Plaintiff's expert for the first time on
26 November 26, 2024, in advance of the December 6 discovery cutoff, but with insufficient time to
27 complete the expert's deposition before the discovery cutoff.

STIPULATED MOTION AND ORDER TO EXTEND
CASE DEADLINES - 2
Case No. 4:23-cv-02028-DMR

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

12. Accordingly, the parties stipulate and agree and ask that the Court allow the following depositions to be completed no later than January 31, 2025:

- Plaintiff's Rule 30(b)(6) deposition of Conduent State & Local Business Solutions, Inc.
- Plaintiff's Rule 30(b)(6) deposition of Comerica Bank; and
- Defendants' deposition of Jonathan Jaffe

13. In addition, the parties agree that Defendants should have until January 3, 2025 to complete production of documents they have agreed to produce and Plaintiff should have until January 10, 2025 to file any motion to compel documents Defendants have not produced by January 3, 2025.

14. This is the parties' fourth request for an extension of case scheduling deadlines.

15. There is good cause to grant the requested extension. The parties agree that the short delay in the completing discovery commenced before the current discovery cutoff will allow them to preserve resources while discussing potential resolution and before the Court rules on class certification.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Defendants document production | 12/6/2024 | 1/3/2025 |
| Last day to file a motion relating to written discovery | 12/13/2024 | 1/10/2025 |
| Completion of three previously noticed depositions identified above | 12/6/2024 | 1/31/2025 |
| Opposition to class certification motion | 12/20/2024 | 1/20/2025 |
| Reply to class certification motion | 1/3/2025 | 2/3/2025 |
| Hearing on class certification motion | 1/23/2025 at 1:00 p.m. | 2/27/2025 at 1:00 p.m. or at the Court's convenience |
| Last day for hearing dispositive motions | 4/24/2025 at 1:00 p.m. | 5/22/2025 at 1:00 p.m. |
| Pretrial Conference | 6/18/2025 at 2:00 p.m. | unchanged |

STIPULATED MOTION AND ORDER TO EXTEND
CASE DEADLINES - 3
Case No. 4:23-cv-02028-DMR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Jury Trial | 7/1/2025 at 8:30 a.m. | unchanged |

STIPULATED TO AND DATED this 20th day of December, 2024.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Blythe H. Chandler*
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Blythe H. Chandler, *Admitted Pro Hac Vice*
Email: bchandler@terrellmarshall.com
Jasmin Rezaie-Tirabadi, *Admitted Pro Hac Vice*
Email: jrezaie@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

Sophia M. Rios, CSB #305801
Email: srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300

Daniel A. Schlanger, *Admitted Pro Hac Vice*
Email: dschlanger@consumerprotection.net
SCHLANGER LAW GROUP LLP
80 Broad Street, Suite 1301
New York, New York 10016
Telephone: (212) 500-6114

*Attorneys for Plaintiff and the Proposed Class*

BALLARD SPAHR LLP

By: */s/ Jenny N. Perkins*
Jenny N. Perkins, *Admitted Pro Hac Vice*
Email: perkinsj@ballardspahr.com
Colin P. Kane, *Admitted Pro Hac Vice*
Email: kanec@ballardspahr.com
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-8500

Mitchell Turbenson, CSB #346024
Email: turbensonm@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone: (424) 204-4400

HOLLAND & KNIGHT LLP

John C. Grugan, *Admitted Pro Hac Vice*
Email: john.grugan@hklaw.com
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone: (215) 252-9610

*Attorneys for Defendants Comerica Bank and Conduent State & Local Solutions, Inc.*

STIPULATED MOTION AND ORDER TO EXTEND
CASE DEADLINES - 4
Case No. 4:23-cv-02028-DMR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**LOCAL RULE 5-1(h)(3) STATEMENT**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this document as required under the local rules.

DATED this 20th day of December, 2024.

                TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Blythe H. Chandler*
     Blythe H. Chandler, *Admitted Pro Hac Vice*
     Email: bchandler@terrellmarshall.com
     936 North 34th Street, Suite 300
     Seattle, Washington 98103-8869
     Telephone: (206) 816-6603
     Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*

STIPULATED MOTION AND ORDER TO EXTEND
CASE DEADLINES - 5
Case No. 4:23-cv-02028-DMR

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

IT IS SO ORDERED. The case scheduling deadlines are reset to the following:

| Event | Deadline |
|---|---|
| Opposition to class certification motion | 1/20/2025 |
| Completion of Defendants' document production | 1/3/2025 |
| Reply to class certification motion | 2/3/2025 |
| Last day to file a motion relating to written discovery | 1/10/2025 |
| Completion of only the three previously noticed depositions: Conduent Rule 30(b)(6); Comerica Rule 30(b)(6), and expert Jaffe. | 1/31/2025 |
| Hearing on class certification motion | 2/27/2025 at 1:00 p.m. |
| Last day for hearing dispositive motions | 5/22/2025 at 1:00 p.m. |
| Pretrial Conference | 6/18/2025 at 2:00 p.m. |
| Jury Trial | 7/1/2025 at 8:30 a.m. |

DATED this  23rd  day of  December, 2024.



_____
THE HONORABLE DONNA M. RYU
Chief Magistrate Judge

STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES - 6
Case No. 4:23-cv-02028-DMR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CERTIFICATE OF SERVICE

I, Blythe H. Chandler, hereby certify that on December 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all registered CM/ECF users:

Mitchell Turbenson, CSB #346024
Email: turbensonm@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone: (424) 204-4400

Jenny N. Perkins, *Admitted Pro Hac Vice*
Email: perkinsj@ballardspahr.com
Colin P. Kane, *Admitted Pro Hac Vice*
Email: kanec@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-8500

John C. Grugan, *Admitted Pro Hac Vice*
Email: john.grugan@hklaw.com
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone: (215) 252-9610

*Attorneys for Defendants Comerica Bank and Conduent State & Local Solutions, Inc.*

DATED this 20th day of December, 2024.

By: /s/ Blythe H. Chander
Blythe H. Chandler, *Admitted Pro Hac Vice*

STIPULATED MOTION AND ORDER TO EXTEND
CASE DEADLINES - 7
Case No. 4:23-cv-02028-DMR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com