BALLARD SPAHR LLP
Mitchell Turbenson (SBN 346024)
*turbensonm@ballardspahr.com*
Jenny N. Perkins (admitted *pro hac vice*)
*perkinsj@ballardspahr.com*
Elizabeth Wingfield (admitted *pro hac vice*)
*wingfielde@ballardspahr.com*
Colin Kane (admitted *pro hac vice*)
*kanec@ballardspahr.com*
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

HOLLAND & KNIGHT LLP
John Grugan (admitted *pro hac vice*)
*john.grugan@hklaw.com*
Ana Dragojevic (SBN 341847)
*ana.dragojevic@hklaw.com*
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900
Fax: 415.743.6910

*Attorneys for Defendants Conduent
and Conduent State & Local Solutions, Inc.*

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SPARKMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, a foreign corporation, and CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | NO. 4:23-cv-02028-DMR<br><br>**STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES**<br><br>The Honorable Donna M. Ryu<br><br>CLASS ACTION |

## I.  STIPULATION

1. The parties respectfully request an extension of certain deadlines in order to allow for the execution of the parties' settlement agreement.

2. The Court set case management deadlines last August. ECF No. 43, 44. The

parties sought and obtained six prior extensions and a stay of deadlines. ECF No. 73, 78, 82, 86, 99, 102, 103, 105, and 106.

3.  Plaintiff filed her motion for class certification on November 20, 2024. The class certification briefing schedule requires Defendants to file their opposition on May 5, 2025 and Plaintiff's reply to be filed on May 19, 2025. The motion for class certification is set for hearing on June 12, 2025 at 1 p.m.

4.  This is the parties' seventh request for an extension of case scheduling deadlines.

5.  There is good cause to grant the requested extension. The parties have reached a settlement in principle. They respectfully seek a brief extension of time to allow the parties' to obtain the requisite signatures for the settlement agreement.

6.  Additionally, the parties seek a brief extension of time to cross-check the final class settlement list to ensure that all settlement class members are included therein.

7.  Based on the above, the parties have stipulated to the proposed remaining case deadlines set forth below and jointly submit their proposed stipulation for the Court's review and approval.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opposition to class certification motion | 5/5/2025 | 5/19/2025 |
| Reply to class certification motion | 5/19/2025 | 6/2/2025 |
| Hearing on class certification motion | 6/12/2025 at 1:00 p.m. | 6/26/2025 at 1:00 p.m. or at the Court's convenience |
| Last day for hearing dispositive motions | 8/14/2025 at 1:00 p.m. | 8/14/2025 at 1:00 p.m. or at the Court's convenience |
| Pretrial Conference | 10/15/2025 at 2:00 p.m. | 10/15/2025 at 2:00 p.m. or at the Court's convenience |
| Jury Trial | 11/3/2025 at 8:30 a.m. | 11/3/2025 at 8:30 a.m. or at the Court's convenience |

STIPULATED TO AND DATED this 5th day of May, 2025.

| TERRELL MARSHALL LAW GROUP PLLC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ *Blythe H. Chandler* <br> Beth E. Terrell, CSB #178181 <br> Email: bterrell@terrellmarshall.com <br> Blythe H. Chandler, *Admitted Pro Hac Vice* <br> Email: bchandler@terrellmarshall.com <br> Jasmin Rezaie-Tirabadi, *Admitted Pro Hac Vice* <br> Email: jrezaie@terrellmarshall.com <br> 936 North 34th Street, Suite 300 <br> Seattle, Washington 98103-8869 <br> Telephone: (206) 816-6603 <br><br> Sophia M. Rios, CSB #305801 <br> Email: srios@bm.net <br> BERGER MONTAGUE PC <br> 8241 La Mesa Blvd., Suite A <br> La Mesa, California 91942 <br> Telephone: (619) 489-0300 <br><br> Daniel A. Schlanger, *Admitted Pro Hac Vice* <br> Email: dschlanger@consumerprotection.net <br> SCHLANGER LAW GROUP LLP <br> 80 Broad Street, Suite 1301 <br> New York, New York 10016 <br> Telephone: (212) 500-6114 <br><br> *Attorneys for Plaintiff and the Proposed Class* | By: /s/ *Jenny N. Perkins* <br> Mitchell Turbenson, CSB #346024 <br> Email: turbensonm@ballardspahr.com <br> 2029 Century Park East, Suite 1400 <br> Los Angeles, California 90067 <br> Telephone: (424) 204-4400 <br><br> Jenny N. Perkins, *Admitted Pro Hac Vice* <br> Email: perkinsj@ballardspahr.com <br> Elizabeth Wingfield, *Admitted Pro Hac Vice* <br> Email: wingfielde@ballardspahr.com <br> Colin P. Kane, *Admitted Pro Hac Vice* <br> Email: kanec@ballardspahr.com <br> 1735 Market Street, 51st Floor <br> Philadelphia, Pennsylvania 19103 <br> Telephone: (215) 665-8500 <br><br> John C. Grugan, *Admitted Pro Hac Vice* <br> Email: john.grugan@hklaw.com <br> HOLLAND & KNIGHT LLP <br> 1650 Market Street, Suite 3300 <br> Philadelphia, Pennsylvania 19103 <br> Telephone: (215) 252-9610 <br><br> *Attorneys for Defendants Comerica Bank and Conduent State & Local Solutions, Inc.* |

**LOCAL RULE 5-1(h)(3) STATEMENT**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this document as required under the local rules.

DATED this 5th day of May, 2025.

          BALLARD SPAHR LLP

          By: /s/ *Jenny N. Perkins*
              Jenny N. Perkins (admitted *pro hac vice*)
              Mitchell Turbenson
              Elizabeth Wingfield (admitted *pro hac vice*)
              Colin Kane (admitted *pro hac vice*)
              2029 Century Park East, Suite 1400
              Los Angeles, CA 90067-2909

          HOLLAND & KNIGHT LLP

          John C. Grugan (admitted *pro hac vice*)
          Ana Dragojevic
          560 Mission Street, Suite 1900
          San Francisco, CA 94105

          *Attorneys for Defendants Comerica Bank, and Conduent State & Local Solutions, Inc.*

## II. ORDER (AS MODIFIED)

IT IS SO ORDERED. The case scheduling deadlines are reset to the following:

| Event | Deadline |
|---|---|
| Opposition to class certification motion | 5/19/2025 |
| Reply to class certification motion | 6/2/2025 |
| Hearing on class certification motion | 6/26/2025 at 1:00 p.m |
| Last day for hearing dispositive motions | 8/14/2025 at 1:00 p.m. |
| Pretrial Conference | 10/15/2025 at 2:00 p.m |
| Jury Trial | 11/3/2025 at 8:30 a.m. |

IT IS FURTHER ORDERED that the Further Case Management Conference set for 6/12/2025 at 1:00 p.m. is vacated and continued to 6/26/2025 at 1:00 p.m.  Parties shall file an updated joint case management conference statement by 6/20/2025.

DATED this 5th day of May, 2025.



_____
THE HONORABLE DONNA M. RYU
Chief Magistrate Judge

# CERTIFICATE OF SERVICE

I, Jenny N. Perkins, hereby certify that on May 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all registered CM/ECF users:

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Blythe H. Chandler, *Admitted Pro Hac Vice*
Email: bchandler@terrellmarshall.com
Jasmin Rezaie-Tirabadi, *Admitted Pro Hac Vice*
Email: jrezaie@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

Sophia M. Rios, CSB #305801
Email: srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300

Daniel A. Schlanger, *Admitted Pro Hac Vice*
Email: dschlanger@consumerprotection.net
SCHLANGER LAW GROUP LLP
80 Broad Street, Suite 1301
New York, New York 10016
Telephone: (212) 500-6114

*Attorneys for Plaintiff and the Proposed Class*

DATED this 5th day of May, 2025.

By: */s/ Jenny N. Perkins*
Jenny N. Perkins

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915