Sophia M. Rios, CSB #305801
Email: srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300
Facsimile: (215) 875-4604

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PAULA SPARKMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, a foreign corporation, and CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | NO. 4:23-cv-02028-DMR<br><br>**JOINT STIPULATION AND ORDER (AS MODIFIED) TO APPEAR VIA ZOOM**<br><br>The Honorable Donna M. Ryu<br><br>CLASS ACTION |

## I.    STIPULATION

1.    Plaintiff's unopposed motion for preliminary approval of a proposed class settlement is currently pending before the Court. ECF No. 111. The motion is set for an in-person hearing on June 26, 2025 at 1:00 p.m.

2.    Counsel for all parties respectfully request that the Court conduct the hearing on the unopposed motion via Zoom.

3.    Plaintiff will be represented at the hearing by Beth Terrell of the Terrell Marshall Law Group. Ms. Terrell has depositions in other matters in Seattle, Washington the weeks of

June 23rd and June 30th. Although it is feasible for Ms. Terrell to travel to the hearing and attend

it in person, it would be more efficient and convenient to attend the hearing virtually.

4.     Defendants will be represented at the hearing by John Grugan, whose primary

office is in Philadelphia, Pennsylvania.  Mr. Grugan is scheduled to attend a board meeting on

June 25th.

5.     In addition to scheduling concerns, because there is a proposed settlement in the

case, both parties would prefer to avoid the additional time and expense associated with travel, if

the Court is amenable to hearing the motion via Zoom.

STIPULATED TO AND DATED this 18th day of June, 2025.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Blythe H. Chandler, *Admitted Pro Hac Vice*
Email: bchandler@terrellmarshall.com
Jasmin Rezaie-Tirabadi, *Admitted Pro Hac Vice*
Email: jrezaie@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

Sophia M. Rios, CSB #305801
Email: srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300

Daniel A. Schlanger, *Admitted Pro Hac Vice*
Email: dschlanger@consumerprotection.net
SCHLANGER LAW GROUP LLP
80 Broad Street, Suite 1301
New York, New York 10016
Telephone: (212) 500-6114

*Attorneys for Plaintiff and the Proposed Class*

HOLLAND & KNIGHT LLP

By: /s/ John C. Grugan
John C. Grugan, *Admitted Pro Hac Vice*
Email: john.grugan@hklaw.com
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone: (215) 252-9610

Mitchell Turbenson, CSB #346024
Email: turbensonm@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone: (424) 204-4400

Jenny N. Perkins, *Admitted Pro Hac Vice*
Email: perkinsj@ballardspahr.com
Colin P. Kane, *Admitted Pro Hac Vice*
Email: kanec@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-8500

*Attorneys for Defendants Comerica Bank*
*and Conduent State & Local Solutions, Inc.*

JOINT STIPULATION AND ORDER (AS MODIFIED)
TO APPEAR VIA ZOOM - 2
Case No. 4:23-cv-02028-DMR

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## LOCAL RULE 5-1(h)(3) STATEMENT

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this document as required under the local rules.

DATED this 18th day of June, 2025.

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Beth E. Terrell
  Beth E. Terrell, CSB #178181
  Email: bterrell@terrellmarshall.com
  936 North 34th Street, Suite 300
  Seattle, Washington 98103-8869
  Telephone: (206) 816-6603
  Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*

JOINT STIPULATION AND ORDER (AS MODIFIED)
TO APPEAR VIA ZOOM - 3
Case No. 4:23-cv-02028-DMR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

## II.    ORDER (AS MODIFIED)

2      Per the parties' stipulation, Plaintiff's unopposed motion for preliminary approval of a

3 class action settlement and Further Case Management Conference shall be heard on June 26,

4 2025 at 1:00 p.m. remotely via Zoom.

5      All counsel and parties may access the webinar information (public hearings) at

6 **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.**

7      IT IS SO ORDERED AS MODIFIED.

8

9      DATED this 23rd day of June, 2025.

10

11

12

13                                    DONNA M. RYU
                                      Chief Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27