UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

PAULA SPARKMAN, on behalf of herself and all others similarly situated,

                    Plaintiff,

    v.

COMERICA BANK, a foreign corporation, and CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,

                    Defendants.

NO. 4:23-cv-02028-DMR

**SUPPLEMENTAL DECLARATION OF JEFFREY PIRRUNG OF AMERICAN LEGAL SERVICES, LLC**

The Honorable Donna M. Ryu

CLASS ACTION

I, Jeffrey Pirrung, declare as follows:

1.      I am a competent adult, over the age of twenty-one, and this declaration is based on my personal knowledge.

2.      I am a founding partner and Managing Director of American Legal Claim Services, LLC ("ALCS").

3.      As stated in my last declaration [Dkt. No. 125 ¶ 16], ALCS has offered to distribute Settlement Awards to Settlement Class Members by check or digital means such as Zelle, PayPal, Venmo, electronic Mastercard, and ACH.  Settlement Class Members will be able to elect how they want to receive their Settlement Awards through the Settlement Website or by contacting Plaintiff's counsel using a 1-800 number.  The default manner of payment is by check unless the Settlement Class Member elects to receive payment by digital means.  Per the terms of the Settlement Agreement and Release, the checks will be valid for 120 days. This is within the

range of what we generally see in similar settlements. The 120-day expiration date will be included on the face of the checks.

4. Although ALCS has no preference as to whether the electronic Mastercard is utilized in this settlement for distribution purposes, and will receive no rebate or compensation based on it being utilized or not, I am making this declaration to provide additional information regarding the electronic Mastercard option of payment.

5. An electronic Mastercard functions much like a traditional prepaid debit card, except that the card is issued electronically. A settlement class member who elects electronic Mastercard would receive a link to set up their card and will receive a card number that can be stored in a digital wallet on a mobile device or entered to make purchases. The features of the electronic Mastercard that is being offered include:

- Cardholders can transfer the current card balance to a bank account (via Zelle or ACH) or to PayPal/Venmo at any time and at no charge to the cardholder or to the administrator/settlement fund through a self-service process.

- The card will not have a fee associated with it until it has been inactive for a consecutive 12-month period. After 12 consecutive months of inactivity, the card will have a $.95 per month inactivity fee that is charged by the issuer and for which ALCS receives no compensation or rebate. Additionally, an audit mechanism exists that allows inactivity fees to be reversed if a subsequent purchase is made after inactivity fees are assessed. These reversed fees are credited back to the card.

- The electronic Mastercard will expire after 24 months. When a card expires, the cardholder can call the toll-free cardholder support line and request a new card.

- The funds on the card are subject to the various state unclaimed property/ escheatment laws.

6. Although the card does not have ATM access, class members can transfer the card balance to their bank account (via Zelle or ACH) at any time and at no charge and then can withdraw cash from that bank account.

7. Merchant policies on splitting the payment method for a single transaction vary by

SUPPLEMENTAL DECLARATION OF JEFFREY PIRRUNG OF
AMERICAN LEGAL SERVICES, LLC - 2
Case No. 4:23-cv-02028-DMR

1   entity.

2   8.      Class members with a small (or large) balance can transfer the card balance to their

3   bank account (via Zelle or ACH) at any time and at no charge and then can withdraw cash from

4   that bank account.

5   9.      I am not aware of any transaction fees associated with using the electronic

6   Mastercard in the United States.

7   10.     The cards expire after two years, but the funds do not expire.  A class member can

8   request a replacement for an expired card at no charge.  Card balances are subject to escheatment

9   rules, which vary widely from state to state.  Because unused funds escheat to the state, ALCS

10  receives no rebate or compensation of "breakage" money from unused settlement funds.

11  11.     According to the Mastercard website, an electronic Mastercard is a widely

12  accepted method of payment, especially for online purchases.

13  12.     Cardholders can spend these funds online anywhere Mastercard is accepted.

14  Cardholders can add these funds to a mobile wallet (Apple Pay, Samsung Pay, etc.) and spend

15  the card in-store at any merchant that accepts mobile wallet transactions (and accepts

16  Mastercard).  Additionally, cardholders can spend the card in-store at certain merchants who will

17  allow you to present an image of your electronic Mastercard and that will key in your 16-digit

18  card number, expiration date, and the 3-4 digit CVV code.  Cardholders can also request a

19  physical card for a $3 fee.

20  13.     ALCS doesn't have access to cardholder purchase histories or card balances.

21  14.     Class members are provided with fee and use information relating to the electronic

22  Mastercard.

23

24

25

26

27

SUPPLEMENTAL DECLARATION OF JEFFREY PIRRUNG OF
AMERICAN LEGAL SERVICES, LLC - 3
Case No. 4:23-cv-02028-DMR

1    15.    I declare under penalty of perjury under the laws of the State of Florida and the

2  United States that the foregoing is true and correct to the best of my knowledge. Executed on

3  August 4, 2025, in Jacksonville, Florida.

4

5

6    _____
     Jeffrey Pirrung

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

SUPPLEMENTAL DECLARATION OF JEFFREY PIRRUNG OF
AMERICAN LEGAL SERVICES, LLC - 4
Case No. 4:23-cv-02028-DMR