1  Sophia M. Rios, CSB #305801
   Email: srios@bm.net
2  BERGER MONTAGUE PC
   8241 La Mesa Blvd., Suite A
3  La Mesa, California 91942
   Telephone: (619) 489-0300
4  Facsimile: (215) 875-4604

5  [Additional Counsel Appear on Signature Page]

6
   *Attorneys for Plaintiff and the Proposed Class*
7

8              UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                  OAKLAND DIVISION

10  PAULA SPARKMAN, on behalf of herself and
    all others similarly situated,                    NO. 4:23-cv-02028-DMR
11
                                                      **THIRD SUPPLEMENTAL**
12              Plaintiff,                             **DECLARATION OF BETH E.**
                                                      **TERRELL IN SUPPORT OF**
13       v.                                           **PLAINTIFF'S UNOPPOSED MOTION**
                                                      **FOR PRELIMINARY APPROVAL OF**
14  COMERICA BANK, a foreign corporation, and         **CLASS ACTION SETTLEMENT**
    CONDUENT STATE & LOCAL SOLUTIONS,
15  INC., a foreign corporation,                      The Honorable Donna M. Ryu
16              Defendants.                            CLASS ACTION
17

18

19

20       I, Beth E. Terrell, declare as follows:

21       1.      I am a member of the law firm of Terrell Marshall Law Group PLLC, counsel of

22  record for plaintiff in this matter. I am admitted to practice before this Court and am a member in

23  good standing of the bars of the states of California and Washington. I respectfully submit this

24  supplemental declaration in support of Plaintiff's Motion for Preliminary Approval of Class

25  Action Settlement. Except as otherwise noted, I have personal knowledge of the facts set forth in

26  this declaration and could testify competently to them if called upon to do so.

27

THIRD SUPPLEMENTAL DECLARATION OF BETH E.
TERRELL IN SUPPORT OF PLAINTIFF'S UNOPPOSED
MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT - 1
Case No. 4:23-cv-02028-DMR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

2.      Per the Court's order, electronic Mastercards will not be used to distribute settlement payments. [Dkt. No. 131]. The Court directed the parties to submit revised proposed class notices reflecting that decision. *Id.* Class Counsel have reviewed the most-recently filed proposed notices and determined that there are no revisions needed to reflect the Court's decision.

3.      The proposed postcard notice is filed at Dkt. No. 127-1. The proposed postcard notice contains no reference to settlement payments being made by electronic Mastercard. It directs settlement class members to the settlement website to select an electronic payment if they prefer to receive their payment electronically. *Id.* ("You will receive payment either via check or via electronic payment. If you want an electronic payment, visit www.CAUnauthorizedTransactionsSettlement.com").

4.      The website will allow settlement class members to select from only four types of electronic payment—Zelle, PayPal, Venmo, and ACH. The electronic Mastercard form of payment that was also listed in the Settlement Administrator's declaration, [Dkt. No. 130 ¶ 3], will be omitted from the list of options on the website per the Court's order.

5.      The proposed settlement website content is filed at Dkt. No. 129-1. The proposed settlement website content contains no reference to settlement payments being made by electronic Mastercard. Instead, it says that settlement class members may select an electronic payment instead of a check. [Dkt. No. 129-1 at 10[1] ("Your settlement payment will be sent to you as a check, unless you select an electronic payment method. If you want to select an electronic payment, click here.")]. The Settlement Administrator will create the content of the page that allows settlement class members to select payment by Zelle, PayPal, Venmo, or ACH, and collects the required information for the selected payment method. Electronic Mastercard will not be an option.

---

[1] References are the page number assigned by the ECF system.

THIRD SUPPLEMENTAL DECLARATION OF BETH E.
TERRELL IN SUPPORT OF PLAINTIFF'S UNOPPOSED
MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT - 2
Case No. 4:23-cv-02028-DMR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

6.    The proposed website notice does contain one reference to the "California Way2Go Prepaid Mastercard" program. [Dkt. No. 129-1 at 4]. But that refers to the substantive allegations in the case, which are that Defendants erroneously denied unauthorized transaction disputes submitted by participants in the Way2Go program.

7.    The proposed email notice is filed at Dkt. No. 127-3. The proposed email contains no reference to settlement payments being made by electronic Mastercard. It says: "If you take no action, you will receive a check. If you prefer an electronic payment, visit [www.CAUnauthorizedTransactionsSettlement.com]." [Dkt. No. 127-3 at 2]. The proposed email notice also refers to the "California Way2Go Prepaid Mastercard," but again this is a reference to allegations in the case, not a method of distributing the settlement funds.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

EXECUTED this 12th day of August, 2025 at Seattle, Washington.

By: /s/ Beth E. Terrell
    Beth E. Terrell, CSB #178181

THIRD SUPPLEMENTAL DECLARATION OF BETH E.
TERRELL IN SUPPORT OF PLAINTIFF'S UNOPPOSED
MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT - 3
Case No. 4:23-cv-02028-DMR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com