Sophia M. Rios, CSB #305801
Email: srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300
Facsimile: (215) 875-4604

[Additional Counsel Appear on Signature Page]

*Class Counsel*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PAULA SPARKMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, a foreign corporation, and CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | NO. 4:23-cv-02028-DMR<br><br>**DECLARATION OF BLYTHE H. CHANDLER IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>The Honorable Donna M. Ryu<br><br>CLASS ACTION |

I, Blythe H. Chandler, declare as follows:

1.  I am a member of the law firm of Terrell Marshall Law Group PLLC, counsel of record for plaintiff in this matter. I am admitted *pro hac vice* in this matter and am a member in good standing of the bar of the state of Washington. I respectfully submit this declaration in support of Plaintiff's Motion for Final Approval of Class Settlement. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so

2.  My co-counsel and I strongly support this settlement. After investigating Ms. Sparkman's claims, conducting a fair amount of discovery, and briefing responses to

DECLARATION OF BLYTHE H. CHANDLER IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT - 1
Case No. 4:23-cv-02028-DMR

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  Defendants' motions to dismiss as well as class certification, we have a good understanding of
2  the strengths and challenges of the class claims. We believe this settlement is an excellent
3  outcome for the Settlement Class.

4       3.      My firm established a toll-free number to include on the notices and Settlement
5  Website for Settlement Class Members to call with questions about the settlement. We responded
6  to inquiries from 22 people who called the toll-free number with questions.

7       I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct.

9       EXECUTED this 25th day of November, 2025 at Seattle, Washington.

                      By: /s/ Blythe H. Chandler
                            Blythe H. Chandler, *Admitted Pro Hac Vice*

DECLARATION OF BLYTHE H. CHANDLER IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT - 2
Case No. 4:23-cv-02028-DMR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com